UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Torrence Holt Becker

    v.                                        Case No. 25-cv-263-LM-TSM

City of Manchester, NH et al.

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated August 15, 2025.

The motion for temporary restraining order (document 3) and motion for preliminary injunction (document 4) are denied.

_____
Landya B. McCafferty
United States District Judge

Date: September 23, 2025