UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Torrence Holt Becker

    v.                             Case No. 25-cv-263-LM-TSM

City of Manchester, NH, et al.

### ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated September 15, 2025.

Counts I, II, III, V, VI, and VII are dismissed in their entirety, and Count IV is dismissed against all defendants except Manchester Police Officers Christopher McCarthy and Brittany Battye and the City of Manchester. Counts III and VI are dismissed without prejudice as against Alderman Levasseur. Count IV is served on defendants McCarthy, Battye, and the City of Manchester in a separate order.

_____
Landya B. McCafferty
United States District Judge

Date: November 6, 2025

cc: Torrence Holt Becker, pro se